IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOHAMMED A. ALY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-13-1216 |
| | § | |
| CITY OF LAKE JACKSON, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Because the Court has dismissed all claims asserted in this lawsuit by Plaintiff Mohammed A. Aly, the Court hereby

**ORDERS** that Plaintiff Mohammed A. Aly's case is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this __12__ day of June, 2014.

_____
DAVID HITTNER
United States District Judge